FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 10:31:38 AM
CHRISTOPHER A. PRINE
Clerk

# EXHIBIT A

**Board of Law Examiners**
Appointed by the Supreme Court of Texas

**Non-Resident Acknowledgment Letter**
December 15, 2014

MICHAEL EDWARD PETRELLA

O'SHEA PARTNERS LLP

521 FIFTH AVENUE, 25TH FL

NEW YORK NY 10175-

Application Received:   12/15/14

Cause/Texas Court of Record:   CAUSE NO: 01-14-00904-CV

FROM:   Julie Lukenbill, Licensure Analyst, 512-463-2684

This letter acknowledges receipt of your Application for Pro Hac Vice admission and serves as your Proof of Payment of Fee.

Filing the Application for Pro Hac Vice Admission and fee is the mandatory first step in your request for permission to participate in proceedings in a Texas Court. The next step is to file a sworn motion, in compliance with Rule XIX of the current *Rules Governing Admission to the Bar of Texas*, in the Texas Court in which you request to participate, which must be accompanied by this acknowledgment letter. The decision to grant or deny your application is ultimately made by the Texas Court in which you request to participate.

Mailing Address

Post Office Box 13486          Telephone: 512-463-1621     Facsimile: 512-463-5300     WebSite: www.ble.state.tx.us

Austin, Texas 78711-3486

Street Address

205 West 14th Street, 5th Floor

Austin, Texas 78701